**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CAROLE BARNETT, as personal representative
of the Estate of BETSY COXE,

      Plaintiff,                        CASE NO.: 3:09-cv-11383-WGY-HTS

vs.

R.J. REYNOLDS TOBACCO COMPANY,
*et al.*,

      Defendants.

_____/

**<u>NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT</u>**

      Defendant, R.J. Reynolds Tobacco Company, by and through its undersigned attorney, hereby notifies the Court that pursuant to Section 768.79, Florida Statutes, a Proposal for Settlement has been served on the Plaintiff, CAROLE BARNETT, as Personal Representative of the Estate of BETSY COXE.

                                      Respectfully submitted,

                                        <u>/s/ John F. Yarber</u>
                                        Stephanie E. Parker
                                        Florida Bar No. 0688355
                                        E-mail:  separker@jonesday.com
                                        John F. Yarber
                                        Florida Bar No. 0688932
                                        E-mail:  jyarber@jonesday.com
                                        JONES DAY
                                        1420 Peachtree Street, N.E.
                                        Suite 800
                                        Atlanta, GA  30309-3053
                                        Telephone:  (404) 521-3939
                                        Facsimile:   (404) 581-8330

Robert B. Parrish
rbparrish@mppkj.com
Florida Bar No. 268739
David C. Reeves
dcreeves@mppkj.com
Florida Bar No. 72303
Jeffrey A. Yarbrough
Florida Bar No. 14892
jyarbrough@mppkj.com
MOSELEY, PRICHARD, PARRISH,
KNIGHT & JONES
501 West Bay Street
Jacksonville, FL 32202
Telephone:  (904) 356-1306
Facsimile:   (904) 354-0194

**Attorneys for Defendant R. J. Reynolds Tobacco Company**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 13, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                      /s/ David C. Reeves
                                        Attorney for Defendant